### James Fowler vs. James Hay.

Defendant's counsel engaged in argument in another court when inquest was taken by plaintiff, is sufficient excuse to set aside on terms.

*Motion by defendant to set aside inquest and subsequent proceedings.*— The cause was called in its regular order on the calendar and inquest taken at the New York circuit; defendant's counsel was at the time engaged in an argument in the Superior Court. Defendant had served and filed an affidavit of merits and when inquest was taken was after his counsel and intended to try.

*Per Curiam.*—The defendant's counsel being engaged in argument, in another court, is a sufficient excuse to set aside on terms.

J. T. Brady, *Defts Counsel.*          J. N. Stone, *Defts Atty.*
          *Plffs Counsel.*          E. Morrill, *Plffs Atty.*

*Decision.*—Motion granted on payment of costs of circuit and of opposing motion.